# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CLARK COUNTY SCHOOL DISTRICT,<br>Appellant,<br>vs.<br>BROCADE COMMUNICATION SYSTEMS, INC., A DELAWARE CORPORATION,<br>Respondent. | No. 67899 |

FILED

JUN 22 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from amended findings of fact and conclusions of law granting respondent's motion for a preliminary injunction. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge. Respondent has filed a motion to dismiss this appeal as moot. Appellant opposes the motion.[1]

Having considered the motion, opposition, and other documents before this court, we agree with respondent that this appeal is moot and conclude that appellant fails to demonstrate that the appeal falls within the capable-of-repetition-yet-evading-review exception to the mootness doctrine. *See Bisch v. Las Vegas Metro Police Dept.*, 129 Nev. Adv. Op. 36, 302 P.3d 1108, 1113 (2013); *Personhood Nevada v. Bristol*, 126 Nev. 599, 602, 245 P.3d 572, 574 (2010); *NCAA v. University of*

---

[1]We reject appellant's assertion that the motion is untimely.

*Nevada*, 97 Nev. 56, 57, 624 P.2d 10, 10 (1981). Accordingly, we grant the motion and

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:   Hon. Elizabeth Goff Gonzalez, District Judge
      Kolesar & Leatham, Chtd.
      Brownstein Hyatt Farber Schreck, LLP/Las Vegas
      Polsinelli, PC
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A